IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHIRELLE E. JAMES**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ILLINOIS BELL TELEPHONE** ) <br> **COMPANY, INC., AND** ) <br> **INTERNATIONAL BROTHERHOOD** ) <br> **OF ELECTRICAL WORKERS,** ) <br> ) <br> Defendants. ) | Case No. `08cv1500` <br> `FILED:03/13/08 AEE` <br> `JUDGE LEFKOW` <br> `MAG. JUDGE SCHENKIER` |

### DEFENDANT ILLINOIS BELL TELEPHONE COMPANY, INC.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant, Illinois Bell Telephone Company, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446, and by its attorney, Stephen B. Mead, hereby removes Case No. 2008 L 903 from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. This Notice of Removal is based on the following facts:

1.  Plaintiff's Complaint purportedly asserts a claim against Illinois Bell and Plaintiff's Union, the International Brotherhood of Electrical Workers ("IBEW"), that Plaintiff was discriminated against. While somewhat unclear, the claim raises issues under Section 301 of the Labor Management Relations Act, 29 U.S.C. 185(a) ("LMRA"), a federal statute.

2.  In addition, Plaintiff's Complaint purportedly asserts that Plaintiff was discriminated against by Illinois Bell and IBEW when her employment was terminated.

Plaintiff appears to allege disability discrimination in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101, et seq., a federal statute.

2. The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

3. Summons and Complaint was served in this matter in person on Illinois Bell on February 13, 2008.

4. Attached and made at part of this Notice are copies of the Summons and Complaint. There have been no other filings in the State Action.

5. This matter is properly removable pursuant to 28 U.S.C. § 1441.

6. Removal is also timely pursuant to 28 U.S.C. § 1446(b).

7. Defendants have served a copy of this Notice upon Plaintiff, Co-Defendant IBEW, and the Clerk of the Circuit Court of Cook County.

Dated at Chicago, Illinois this 13th day of March, 2008.

    Respectfully submitted,

    ILLINOIS BELL TELEPHONE COMPANCY, INC.


    By: _____
        Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel:  (312) 727-3506
Fax:  (312) 845-8976
Stephen.Mead@att.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2008, I electronically filed the foregoing ***Defendant Illinois Bell Telephone Company's Notice of Removal*** with the Clerk of the Court using the ECF system, and that I forwarded a copy via U.S. Mail to:

>Shirelle E. James
>1353 South Blue Island Ave.
>#H4
>Chicago, IL  60608
>
>Ron Kastner
>President-Business Manager & Financial Secy
>IBEW Local 21
>1307 Butterfield Road, Suite 422
>Downers Grove, Illinois 60515-5606
>
>Clerk of Courts
>Circuit Court of Cook County, Illinois
>Daley Center
>Chicago, IL  60602

>s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com

| 2120 - Served | 2121 - Served |
| --- | --- |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

08cv1500
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

CCG N001-7SM-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

SHIRELLE E. JAMES

v.

ILLINOIS BELL TELEPHONE COMPANY (SBC) / I.B.E.W.

No. _____

2008L000903
CALENDAR/ROOM B
TIME 00:00
PI Stat Misc Action

(SBC) Illinois Bell Telephone Company
225 West Randolph, HQ 18 A/D
Chicago, Illinois 60606

I.B.E.W.
600 West Washington
Chicago, Illinois

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, _____ JAN 25 2008 _____

Atty. No.: _____
Name: SHIRELLE E. JAMES
Atty. for: PRO SE
Address: 1353 SOUTH BLUE ISLAND AVE. # H4
City/State/Zip: CHICAGO, ILLINOIS 60608
Telephone: (312) 226-1233

DOROTHY BROWN
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE



| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

SHIRELLE E. JAMES

v.

ILLINOIS BELL TELEPHONE COMPANY (SBC) / I.B.C.W

No. __PI Stat Misc Action__

2008L000903
CALENDAR/ROOM B
TIME 00:00

(SBC) Illinois Bell Telephone Company
225 West Randolph St.
Chicago, Illinois 60606

I.B.C.W
600 West Washington
Chicago, Illinois

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JAN 2 5 2008

WITNESS, _____, _____

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Atty. No.: _____
Name: SHIRELLE E. JAMES
Atty. for: PRO SE
Address: 1353 South Blue Island Ave. #114
City/State/Zip: Chicago, Illinois 60608
Telephone: (312) 226-1233

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, _____ DIVISION

SHIRELLE E. JAMES

V.

ILLINOIS BELL TELEPHONE COMPANY (SBC)

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (I.B.E.W)

COMPLAINT

I, SHIRELLE E. JAMES WANT TO FILE A CIVIL COMPLAINT AGAINST ILLINOIS BELL TELEPHONE COMPANY (SBC) AS WELL AS THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (I.B.E.W) FOR A WRONGFUL TERMINATION AND DISCRIMINATION, IN THE AMOUNT OF $250,000.00. (PLUS ANY ADDITIONAL COST)

MY TERMINATION WAS THE RESULT OF POOR TRAINING OF MY MANAGER. AS A RESULT OF MY MANAGERS LACK OF TRAINING, SHE INFLICTED UNBEARABLE LEVELS OF STRESS AS WELL AS TENSION ON MY PERSON, WHICH RESULTED IN ANXIETY ATTACKS AS WELL AS DEPRESSION.

I WAS TERMINATED WHILE UNDER THE CARE OF MY DOCTOR.

SHIRELLE E. JAMES (PRO SE)

1753 SOUTH BLUE ISLAND AVE. #H4

CHICAGO, ILLINOIS 60608

(312) 226-1233

Shirelle E. James   01/25/2008