**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Shirelle E. James, plaintiff<br>v.<br>Illinois Bell Telephone Company, Inc., and International Brotherhood of Electrical Workers, defendants | 08cv1500<br>FILED: 03/13/08   AEE<br>JUDGE LEFKOW<br>MAG. JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Illinois Bell Telephone Company, Inc.

| NAME (Type or print) |
|---|
| Stephen B. Mead |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Stephen B. Mead |

| FIRM |
|---|
| AT&T Services, Inc. |

| STREET ADDRESS |
|---|
| 225 West Randolph St., 25th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06229837 | 312-727-3506 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐