IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHIRELLE E. JAMES**, <br><br>　　　Plaintiff, <br><br>v. <br><br>**ILLINOIS BELL TELEPHONE COMPANY, INC., AND INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,** <br><br>　　　Defendants. | Case No. 08cv1500 <br> FILED: 03/13/08  AEE <br> JUDGE LEFKOW <br> MAG. JUDGE SCHENKIER |

**DEFENDANT ILLINOIS BELL TELEPHONE COMPANY, INC.'S RULE 7.1
DISCLOSURE STATEMENT**

Defendant, Illinois Bell Telephone Company, Inc. ("Illinois Bell"), by its attorney, Stephen B. Mead, for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that Illinois Bell is a wholly owned subsidiary of AT&T Teleholdings, Inc., which is a wholly owned subsidiary of AT&T Inc., which is a publicly held corporation.

Dated: March 13, 2008

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　ILLINOIS BELL TELEPHONE COMPANY, INC.

　　　　　　　　　　　　　　　　　By:  __/s/  Stephen B. Mead_____
　　　　　　　　　　　　　　　　　　　　　Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel:  (312) 727-3506
Fax:  (312) 845-8976
Stephen.Mead@att.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2008, I electronically filed the foregoing ***Defendant Illinois Bell Telephone Company's Rule 7.1 Disclosure Statement*** with the Clerk of the Court using the ECF system, and that I forwarded a copy via U.S. Mail to:

>Shirelle E. James
>1353 South Blue Island Ave.
>#H4
>Chicago, IL  60608
>
>Ron Kastner
>President-Business Manager & Financial Secy
>IBEW Local 21
>1307 Butterfield Road, Suite 422
>Downers Grove, Illinois 60515-5606

>s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com