IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRELLE E. JAMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1500 |
| ) | Judge Lefkow |
| ILLINOIS BELL TELEPHONE ) | Magistrate Judge Schenkier |
| COMPANY, INC., AND ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Illinois Bell Telephone Company, Inc. ("Illinois Bell"), by its attorney, Stephen B. Mead, respectfully requests that the Court grant it an extension, to and including April 11, 2008, to file an Answer or other pleading in response to Plaintiff's Complaint. Defendant states the following in support of its motion:

1. Plaintiff filed the Complaint asserting she was discriminated against. In addition, Plaintiff asserts claims under Section 301 of the Labor Management Relations Act, 29 U.S.C. 185(a). The Complaint was filed on or about January 25, 2008, in the Circuit Court of Cook County, Illinois.

2. Plaintiff served the Complaint on Illinois Bell on February 13, 2008, and Defendant removed the matter to this Court on March 13, 2008, pursuant to 28 U.S.C. § 1441.

3.Pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Defendant's answer or other responsive pleading to the Complaint is due on or March 19, 2008.

4.Defendant needs additional time to investigate the allegations in Plaintiff's Complaint and formulate its response thereto.

5.Defendant requests additional time, to and including April 11, 2008, to answer or otherwise plead to Plaintiff's Complaint.

6.This is Defendant's first motion for an extension of time.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting Defendant's motion, and extending the time for Defendant to file its answer or other responsive pleading, to and including April 11, 2008.

Dated: March 19, 2008Respectfully submitted,
ILLINOIS BELL TELEPHONE COMPANY, INC.

By: __/s/  Stephen B. Mead_____
Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel:  (312) 727-3506
Fax:  (312) 845-8976
Stephen.Mead@att.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2008, I electronically filed the foregoing *Defendant Illinois Bell Telephone Company's MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT* with the Clerk of the Court using the ECF system, and that I forwarded a copy via U.S. Mail to:

>Shirelle E. James
>1353 South Blue Island Ave.
>#H4
>Chicago, IL  60608

>s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com