# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **SHIRELLE E. JAMES** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1500 |
| ) | Judge Lefkow |
| **ILLINOIS BELL TELEPHONE** ) | Magistrate Judge Schenkier |
| **COMPANY, INC., AND** ) | |
| **INTERNATIONAL BROTHERHOOD** ) | |
| **OF ELECTRICAL WORKERS,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Shirelle James, 1353 South Blue Island Ave., #H4, Chicago, IL  60608

   PLEASE TAKE NOTICE THAT on Thursday, April 3, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925, of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is filed herewith.


Dated: March 19, 2008          Respectfully submitted,
                               ILLINOIS BELL TELEPHONE COMPANY, INC.

                               By:   /s/  Stephen B. Mead
                                        Its Attorney


Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel:  (312) 727-3506
Fax:  (312) 845-8976
Stephen.Mead@att.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2008, I electronically filed the foregoing ***Defendant Illinois Bell Telephone Company's Notice of Motion*** with the Clerk of the Court using the ECF system, and that I forwarded a copy via U.S. Mail to:

>Shirelle E. James
>1353 South Blue Island Ave.
>#H4
>Chicago, IL  60608

>s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com